Filed 1/31/24  P. v. Strain CA2/8

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION EIGHT

| | |
|---|---|
| THE PEOPLE, | B330569 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. VA152839) |
| v. | |
| KIARA STRAIN, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County.  Joseph R. Porras, Judge.  Affirmed.

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

\* \* \* \* \* \* \* \* \* \*

Defendant and appellant Kiara Strain, along with two codefendants, stole numerous items from a JCPenney store in January 2020.  Defendant was charged with organized retail grand theft (Pen. Code, § 490.4, subd. (a); count 1) and grand theft (§ 487, subd. (a); count 2).  Defendant failed to appear at her arraignment and a bench warrant was issued.

Defendant eventually was returned to custody.  She agreed to plead no contest to count 1.  Defendant signed a felony advisement of rights, waiver and plea form.  The trial court accepted defendant's waivers on the record and found them to be knowingly, voluntarily and intelligently made.  Counsel stipulated to a factual basis for the plea and concurred in the plea.  The court found defendant guilty on count 1 and dismissed count 2 in accordance with the terms of the plea agreement.  The court suspended imposition of sentence and ordered defendant to serve 24 days in county jail with credit for time served, and placed her on two years of formal probation, according to various terms and conditions.  Defendant was ordered to pay various fines and to pay restitution in the amount of $948 to JCPenney.

This appeal followed.  We appointed appellate counsel to represent defendant.  Defendant's appointed counsel, Richard B. Lennon, filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 in which no issues were raised.  The *Wende* brief included a declaration from Mr. Lennon in which he explained that he advised defendant he would be filing a *Wende* brief, forwarded the brief and the record to defendant, advised her of her right to file a supplemental brief and her right to discharge him as her attorney.  Mr. Lennon also stated his availability to brief, upon request, any issues we may have following our

independent review of the case. Defendant did not file a supplemental brief.

We have examined the entire record of proceedings submitted to this court and are satisfied that appointed counsel fully complied with his responsibilities. We find no arguable appellate issues.

## DISPOSITION

The judgment of conviction is affirmed.


GRIMES, Acting P. J.

WE CONCUR:


WILEY, J.


VIRAMONTES, J.